UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAT COVEN, LLC,

                Plaintiff,

    -against-

THE TJX COMPANIES, INC., and
ENVOGUE INTERNATIONAL LLC,

                Defendants.

**ORDER**

23 Civ. 731 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, this case will be referred to Magistrate Judge Parker, for settlement, and the case will be stayed for thirty days for settlement discussions. The parties will file a joint letter within three days of the settlement conference taking place before Magistrate Judge Parker, informing the Court what happened at the settlement conference, and whether it was successful. If the settlement conference is not successful, the Court will enter a case management plan.

Dated: New York, New York
         May 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge