```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

  CAT COVEN, LLC,

                                        Plaintiff,

              -against-

THE TJX COMPANIES, INC.,
and ENVOGUE
INTERNATIONAL LLC,

                                        Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

23-CV-731 (PGG)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Notice of Settlement filed on October 4, 2023 (doc. no 36) the Settlement Conference currently scheduled for **October 16, 2023** is hereby adjourned *sine die*.

            SO ORDERED.

Dated: October 4, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge